```
Priority    ___
Send        ___
Enter       ___
Closed      _✓_
JS-5/JS-6   _✓_
JS-2/JS-3   ___
Scan Only   ___
```



COURTESY COPY
MAY 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KAJ IVERSEN and JETTA IVERSEN, for themselves and as successors in interest to the ESTATE OF LEASSE IVERSEN, deceased; CHRISTINA JORGENSEN; CHRISTIAN SUNESEN; and NICOLE KJERGAARD aka NICOLINE KJERGAARD,<br><br>Plaintiffs,<br>v.<br><br>FORD MOTOR COMPANY; COOPER TIRE & RUBBER COMPANY; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CONSOLIDATED-ACTIONS | Case No.: CV08-03242-SVW (RCx)<br>*(c/w Case Nos.: CV08-03273-SVW and c/w Case Nos.: CV08-5323-SVW)*<br><br>Honorable Stephen V. Wilson<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION OF DISMISSAL OF DEFENDANTS PREMIERE INTERNATIONAL CORP.; TREKAMERICA TRAVEL LTD.; AND JUAN C. FIERRO |

FOR GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that the matter entitled *Kaj Iversen, et al. v. Cooper Tire & Rubber Company, et al.*, Case No. CV08-03242-SVW (consolidated with Case Nos. CV08-03273-SVW and CV08-5323-SVW) be

Selman Breitman LLP
ATTORNEYS AT LAW

56887.1 252.26060

1  dismissed, with prejudice, as to defendants PREMIERE INTERNATIONAL
2  CORP., TREKAMERICA TRAVEL LTD., and JUAN C. FIERRO.
3
4  DATED: 5/13/09
5
6                                    By: _____
7                                        HONORABLE STEPHEN V. WILSON
                                         UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL OF DEFENDANTS PREMIERE INTERNATIONAL
CORP.; TREKAMERICA TRAVEL LTD.; AND JUAN C. FIERRO
Case No.: CV08-03242-SVW(RCx)
*(c/w Case Nos.: CV08-03273-SVW and*
*c/w Case Nos.: CV08-5323-SVW)*